**PERSONAL SERVICE AFFIDAVIT**
ESSENTIAL SERVICES GROUP
555 EIGHTH AVE, SUITE 1901
NEW YORK, N.Y. 10018
WWW.ESSENTIALSERVICESGROUP.COM
(212) 760-2300
FAX: (212)-760-0188

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD K. STERN

VS.                                              INDEX#07CIV 8536

RITA COSBY, ET AL.

New York State, County of New York SS:

**JACK JOHNSON**, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State. That on **OCTOBER 3/07 AT 7:10P.M.** at **IN FRONT OF:CLUB PACHE 618 WEST 46TH STREET NEW YORK, N.Y.** Deponent served the annexed **SUMMONS; COMPLAINT; MOTION TO ADMIT PRO HAC VICE OF LUKE LANTTA; MOTION TO ADMIT PRO HAC VICE NICOLE JENNINGS WADE; MOTION TO ADMIT PRO HAC VICE JOHN C. PATTON; THE CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF JUDGE CHIN; INDIVIDUAL PRACTICESOF MAGISTRATE JUDGE EATON; NOTICE RIGHT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE,** upon **RITA COSBY** by delivering a true copy to said **RITA COSBY** personally.

Deponent describes the individual served as follows:

Sex/Skin Color (race): FEMALE/ WHITE
Hair color/Approximate Age: BLOND/35-45 YRS.
Approximate height/approximate Weight: 5'9"/135 LBS.

*Jack Johnson*
Process License
# 1181702

564/ PS10-07-13.
SWORN TO BEFORE ME THIS
5 DAY OF October/07

*Julius D. Ringelheim*

[Notary Seal: JULIUS D. RINGELHEIM, NO. 01RI4987686, QUALIFIED IN QUEENS COUNTY, COMMISSION EXP. 3/23/11, NOTARY PUBLIC STATE OF NY]