**AGENCY AFFIDAVIT**
**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.#212-760-2300, FAX#212-760-00188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD K. STERN

VS.                         INDEX#07CIV 8536

RITA COSBY, ET AL.

State of New York, County of New York, SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this action and is a resident of New York State.
On **OCTOBER 3/07 AT 12:35P.M.** at:
**C/O CT CORPORATION SYSTEMS**
**111 8TH AVE.**
**NEW YORK, N.Y. 10020** Deponent served the annexed:
**SUMMONS;**
**COMPLAINT;**
**MOTION TO ADMIT PRO HAC VICE OF LUKE LANTTA;**
**MOTION TO ADMIT PRO HAC VICE NICOLE JENNINGS WADE;**
**MOTION TO ADMIT PRO HAC VICE JOHN C. PATTON;**
**THE CIVIL COVER SHEET;**
**INDIVIDUAL PRACTICES OF JUDGE CHIN;**
**INDIVIDUAL PRACTICESOF MAGISTRATE JUDGE EATON,**
**NOTICE OF RIGHT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**

on **HACHATT BOOK GROUP**
by delivering thereat a true copy to NORA DINDYAL (PROCESS SPECIALIST)

personally; who represented to deponent that (s)he was authorized to accept service of process on behalf of HACHATT BOOK GROUP.

Deponent describes the individual served as follows:
Sex/Race(skin color): FEMALE/BROWN
Hair/ Approximate Age: BLACK/ 30-40 YRS.
Approximate height/Approximate weight: 5'5"/125 LBS.

564/
PS10-07-12
sworn to before me this
3 day -of October/07

Jack Johnson
Process License
# 1181702