AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___SOUTHERN___    DISTRICT OF    ___NEW YORK___

## APPEARANCE

Case Number: 1:07-CV-08536-DC

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiff, Howard K. Stern

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/11/2007 | *[signature]* |
| Date | Signature |
| | L. Lin Wood     774588 (GA) |
| | Print Name     Bar Number |
| | 1201 W. Peachtree Street., NW, 14th Floor |
| | Address |
| | Atlanta     GA     30309 |
| | City     State     Zip Code |
| | (404) 572-6633     (404) 572-6999 |
| | Phone Number     Fax Number |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SCANNED

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing, and
JOHN or JANE DOE,

    Defendants.

ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION

Case No.

UPON the motion of Gilberti, Stinziano, Heintz & Smith, P. C. Belina Anderson, Esq., attorneys for Plaintiff Howard K. Stern and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    L. Lin Wood (GA Bar No. 774588)
    POWELL GOLDSTEIN LLP
    One Atlantic Center
    Fourteenth Floor
    1201 West Peachtree Street, N.W.
    Atlanta, Georgia 30309
    Telephone: (404) 572-6600
    Facsimile: (404) 572-6999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/07

is admitted to practice *pro hac vice* as counsel for Plaintiff Howard K. Stern in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: October 2, 2007
New York, New York

United States District ~~Magistrate~~ Judge
Victor Marrero