UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

HOWARD K. STERN,                      :

           Plaintiff,             :

   - against -                        :          **ORDER**

RITA COSBY, HACHETTE BOOK GROUP       :          07 Civ. 8536 (DC)
USA, INC. d/b/a Grand Central
Publishing, and JOHN OR JANE DOE,     :

           Defendants.            :

- - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07
```

**CHIN, D.J.**

      Plaintiff Howard K. Stern moves by order to show cause for a preliminary injunction enjoining defendants from interfering with fact witnesses in this case and from destroying or altering evidence. Plaintiff also seeks certain expedited discovery. The Court has reviewed plaintiff's papers, including the transcript of the alleged conversation between defendant Rita Cosby and a nonparty, Lincoln Bain.

      The Court will hold a conference on October 18, 2007, at 11 a.m. to discuss plaintiff's application and to set a schedule. The clients need not attend as long as their attorneys are present, and defendants need not respond to plaintiff's motion in writing before the conference.

      SO ORDERED.

Dated:   New York, New York
        October 16, 2007

                                          DENNY CHIN
                                          United States District Judge