**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing, and
JOHN or JANE DOE,

    Defendants.

**NOTICE OF APPEARANCE
AS CO-COUNSEL**

Case No. 07-CIV-8536-DC

To the Clerk of this Court and all parties of record:

    Please enter my appearance as co-counsel in this case for the Plaintiff, Howard K. Stern.

Dated: October 17, 2007
       Syracuse, New York

GILBERTI STINZIANO HEINTZ & SMITH, P.C.

 /s/ Lisa DiPoala Haber
Lisa DiPoala Haber, Esq.
Bar Roll No. LH0989
*Attorneys for Plaintiff*
555 East Genesee Street
Syracuse, New York 13202
Tel: (315) 442-0100
Fax: (315) 442-0169
lad@gilbertilaw.com