# AKIN GUMP
# STRAUSS HAUER & FELD

**MEMO ENDORSED**

Attorneys at Law

**DOUGLASS B. MAYNARD**
212.872.1019/fax: 212.872.1002
dmaynard@akingump.com

October 22, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

VIA FACSIMILE

Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Chin:

I write on behalf of Defendants in the above-referenced matter. On the evening of Tuesday, October 16, 2007, I spoke to counsel for Plaintiff, L. Lin Wood, to request additional time to respond to Plaintiff's complaint. Mr. Wood informed me at that time that Plaintiff intended to file an amended complaint, and that Mr. Wood would be willing to provide Defendants an additional thirty days to respond to this amended complaint once it was filed.

On Friday, October 19, 2007, counsel for Defendants received an email from Mr. Wood in which he notified us, among other things, that Plaintiff no longer intended to file an amended complaint. Mr. Wood presented a proposal related to discovery. Ms. McNamara and I have been trying to reach Mr. Wood today to discuss his proposal and agree on a schedule for Defendants' response to the complaint. So far we have been unable to speak with Mr. Wood. Accordingly, in an abundance of caution, we write to request an adjournment of Defendants' time to respond to the complaint until November 13, 2007.

We are available at the Court's convenience should your Honor wish to discuss this matter further.

Approved.
So ordered.

Respectfully submitted,

Douglass B. Maynard /s/

Douglass B. Maynard

cc: L. Lin Wood
    Elizabeth McNamara

USDJ
10/23/07

590 Madison Avenue / New York, NY 10022-2524 / 212.872.1000 / fax: 212.872.1002 / www.akingump.com

TOTAL P.02