UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD K. STERN,<br><br>    Plaintiff,<br><br> versus<br><br>RITA COSBY and HACHETTE BOOK GROUP USA, INC. d/b/a Grand Central Publishing, and JOHN OR JANE DOE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civ. Action No. 07-CV-8536 (DC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hachette Book Group USA, Inc. (a non-governmental corporate party) states that Hachette Book Group USA, Inc. is a wholly owned subsidiary of Hachette Livre USA, Inc.; Hachette Livre USA, Inc. is a wholly owned subsidiary of Lagardere North America Inc.; Lagardere North America Inc. is a wholly owned subsidiary of Hachette SA; and Hachette SA is a wholly owned subsidiary of Lagardere SCA, which is traded on the Paris stock exchange.

Dated: New York, New York
    October 24, 2007

             AKIN GUMP STRAUSS HAUER
             & FELD LLP

             By: ___/s/ Douglass Maynard___
               Douglass B. Maynard
               Deborah J. Newman
               590 Madison Avenue
               New York, New York 10022
               (212) 872-1019 (telephone)
               (212) 872-1002 (facsimile))

            *Counsel for Defendant Hachette Book Group USA, Inc.*