## CERTIFICATE OF SERVICE

I, Deborah J. Newman, hereby certify that on this 24th day of October 2007, I caused a true and correct copy of the foregoing Memorandum of Law in Opposition to Plaintiff's Motion for Expedited Discovery to be served by electronic filing with the District Court for the Southern District of New York and by electronic and regular mail on L. Lin Wood, Esq., Powell Goldstein LLP, Fourteenth Floor, 201 W. Peachtree Street, NW, Atlanta, Georgia 30309, counsel for Plaintiff Howard K. Stern.

*/s/ Deborah J. Newman*
Deborah J. Newman