IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing, and
JOHN or JANE DOE,

    Defendants.

**MEMO ENDORSED**

ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION

Case No. 07 cv 8536

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 10/25/07*

UPON the motion of Gilberti, Stinziano, Heintz & Smith, P. C. Belina Anderson, Esq., attorneys for Plaintiff Howard K. Stern and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> John C. Patton (GA Bar No. 567232)
> POWELL GOLDSTEIN LLP
> One Atlantic Center
> Fourteenth Floor
> 1201 West Peachtree Street, N.W.
> Atlanta, Georgia 30309
> Telephone: (404) 572-6600
> Facsimile: (404) 572-6999

is admitted to practice *pro hac vice* as counsel for Plaintiff Howard K. Stern in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: October 24, 2007
New York, New York

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SCANNED

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing, and
JOHN or JANE DOE,

    Defendants.

JUDGE CHIN

MOTION TO ADMIT *PRO HAC VICE*

Case No.

**07 CIV 8536**

OCT 1 6 2007

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Belina Anderson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> John C. Patton (GA Bar No. 567232)
> POWELL GOLDSTEIN LLP
> One Atlantic Center
> Fourteenth Floor
> 1201 West Peachtree Street, N.W.
> Atlanta, Georgia 30309
> Telephone: (404) 572-6600
> Facsimile: (404) 572-6999

Mr. Patton is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceedings against Mr. Patton in any State or Federal court.

Dated: October 2, 2007

Respectfully submitted,

Belina Anderson, Esq.
SDNY Bar Roll Number BA5133
GILBERTI STINZIANO HEINTZ & SMITH, P.C.
*Attorneys for Plaintiff, Howard K. Stern*
885 Third Avenue, Suite 2730
New York, New York 1022-4834
Telephone: (212) 588-8868
Facsimile: (212) 588-8894

Motion GRANTED.

USDJ 10/25/07