IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing, and
JOHN or JANE DOE,

    Defendants.

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION

Case No. 07 cv 8536

UPON the motion of Gilberti, Stinziano, Heintz & Smith, P. C. Belina Anderson, Esq., attorneys for Plaintiff Howard K. Stern and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Luke Lantta (GA Bar No. 141407)
    POWELL GOLDSTEIN LLP
    One Atlantic Center
    Fourteenth Floor
    1201 West Peachtree Street, N.W.
    Atlanta, Georgia 30309
    Telephone: (404) 572-6600
    Facsimile: (404) 572-6999

is admitted to practice *pro hac vice* as counsel for Plaintiff Howard K. Stern in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: October __/2007
New York, New York

                                        United States District/Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing, and
JOHN or JANE DOE,

    Defendants.

**JUDGE CHIN**

MOTION TO ADMIT *PRO HAC VICE*

Case No. **07 CIV 8536**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Belina Anderson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Luke Lantta (GA Bar No. 141407)
    POWELL GOLDSTEIN LLP
    One Atlantic Center
    Fourteenth Floor
    1201 West Peachtree Street, N.W.
    Atlanta, Georgia 30309
    Telephone: (404) 572-6600
    Facsimile: (404) 572-6999

Mr. Lantta is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceedings against Mr. Lantta in any State or Federal court.

Dated: October 2, 2007

Respectfully submitted,

Belina Anderson, Esq.
SDNY Bar Roll Number BA5133
GILBERTI STINZIANO HEINTZ & SMITH, P.C.
*Attorneys for Plaintiff, Howard K. Stern*
885 Third Avenue, Suite 2730
New York, New York 1022-4834
Telephone: (212) 588-8868
Facsimile: (212) 588-8894

*Motion GRANTED*
*SO ORDERED.*
*[signature] 10/24/07*

F:\ENV\POWE08\49937\Pleadings\Motion for Pro Hac Vice - L Lantta.doc