IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing, and
JOHN or JANE DOE,

    Defendants.

**CERTIFICATE OF SERVICE**

Case No. 07-CIV-8536-DC

I hereby certify that on October 26, 2007, a true and correct copy of the foregoing Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Expedited Discovery dated October 26, 2007 was served by electronic mail and by overnight mail upon:

| | |
|---|---|
| Elizabeth A. McNamara, Esq. | Douglass B. Maynard, Esq. |
| Elisa L. Miller, Esq. | Deborah Newman, Esq. |
| Davis Wright Tremaine LLP | Akin Gump Strauss Hauer & Feld LLP |
| 1633 Broadway | 590 Madison Avenue |
| New York, New York 10019 | New York, New York 10022 |
| lizmcnamara@dwt.com | dmaynard@AkinGump.com |
| elisamiller@dwt.com | djnewman@akingump.com |
| *Attorneys for Def. Rita Cosby* | *Attorneys for Def. Hachette Book Group USA, Inc.* |

Dated: October 26, 2007
       Syracuse, New York

Respectfully submitted,

GILBERTI STINZIANO HEINTZ & SMITH, P.C.

/s/ Lisa DiPoala Haber
William J. Gilberti, Jr., Esq.(Bar Roll No. _____)
Lisa DiPoala Haber, Esq. (Bar Roll No. LH0989)
Belina Anderson, Esq. (Bar Roll No. BA5133)
GILBERTI STINZIANO HEINTZ & SMITH, P.C.
555 East Genesee Street
Syracuse, New York 13202
Tel: (315) 442-0100
Fax: (315) 442-0169

- 2 -

*Attorneys for Plaintiff*

F:\ENV\POWE08\49937\Pleadings\Cert of Service-ldh-001.DOC