IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing,

    Defendants.

MOTION TO ADMIT *PRO HAC VICE*

Case No. 1:07-CV-08536-DC

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Belina Anderson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Katherine V. Hernacki (GA Bar No. 727027)
    POWELL GOLDSTEIN LLP
    One Atlantic Center
    Fourteenth Floor
    1201 West Peachtree Street, N.W.
    Atlanta, Georgia 30309
    Telephone: (404) 572-6600
    Facsimile: (404) 572-6999

    Ms. Hernacki is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceedings against Ms. Hernacki in any State or Federal court.

Dated: October 29, 2007

Respectfully submitted,

*Belina Anderson*

Belina Anderson, Esq.
SDNY Bar Roll Number BA5133
GILBERTI STINZIANO HEINTZ & SMITH, P.C.
*Attorneys for Plaintiff, Howard K. Stern*
885 Third Avenue, Suite 2730
New York, New York 10022-4834
Telephone: (212) 588-8868
Facsimile: (212) 588-8894

Motion GRANTED.

USDJ
11/8/07

Returned to chambers for scanning on 12/6/07
Scanned by chambers on 12/10/07