UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing, and
JOHN or JANE DOE,

    Defendants.

ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION

Case No.
1:07-CV-08536-DC

UPON the motion of Gilberti, Stinziano, Heintz & Smith, P. C. Belina Anderson, Esq.,

attorneys for Plaintiff Howard K. Stern and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Katherine V. Hernacki (GA Bar No. 727027)
    POWELL GOLDSTEIN LLP
    One Atlantic Center
    Fourteenth Floor
    1201 West Peachtree Street, N.W.
    Atlanta, Georgia 30309
    Telephone: (404) 572-6600
    Facsimile: (404) 572-6999

RECEIVED
NOV 07 2007
JUDGE CHIN'S CHAMBERS

is admitted to practice *pro hac vice* as counsel for Plaintiff Howard K. Stern in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~October~~ 11/8/07, 2007
New York, New York

Denny Chin
United States District Judge

Returned to chambers for scanning on 12/6/07
Scanned by chambers on 12/10/07

Document1