UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HOWARD K. STERN,

                Plaintiff,

      -against-

RITA COSBY and HACHETTE BOOK GROUP USA,
INC. d/b/a GRAND CENTRAL PUBLISHING and
JOHN OR JANE DOE,

                Defendants.
------------------------------------------------------------------X

Case No. 1:07-CIV-8536 (DC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned, together with Douglas T. Burns, Esq., appears for non-party witness TOM BEDNAREK. I am admitted to practice law in this district and am in good standing. I respectfully request that all papers and documents regarding this action be forwarded to the undersigned at the address provided herein.

Dated: Westbury, New York
       January 15, 2008

                      Yours, etc.,

                      RANDY SCOTT ZELIN, P.C.

By: _____
                      RANDY SCOTT ZELIN (RZ-2387)
                      675 Old Country Road
                      Westbury, New York 11590
                      516.997.6900
                      516.997.3278 (fax)
                      Rsz@rszpc.com