UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HOWARD K. STERN,

                Plaintiff,

                                                    Case No. 1:07-CIV-8536 (DC)

        -against-

                                                    **NOTICE OF APPEARANCE**

RITA COSBY and HACHETTE BOOK GROUP USA,
INC. d/b/a GRAND CENTRAL PUBLISHING and
JOHN OR JANE DOE,
                Defendants.
------------------------------------------------------------------X


**PLEASE TAKE NOTICE**, that the undersigned, together with Douglas T. Burns, Esq., appears for non-party witness TOM BEDNAREK. I am admitted to practice law in this district and am in good standing. I respectfully request that all papers and documents regarding this action be forwarded to the undersigned at the address provided herein.

Dated: Westbury, New York
          January 15, 2008

                                              Yours, etc.,

                                              RANDY SCOTT ZELIN, P.C.

                  By:      _____
                                              RANDY SCOTT ZELIN (RZ-2387)
                                              675 Old Country Road
                                              Westbury, New York 11590
                                              516.997.6900
                                              516.997.3278 (fax)
                                              Rsz@rszpc.com