MAR-19-2008 15:57                                                                                       P.02

Case 1:07-cv-08536-DC   Document 42   Filed 03/20/2008   Page 1 of 2

# Gilberti Stinziano Heintz & Smith, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

555 East Genesee Street
Syracuse, New York 13202-2159
Telephone: (315) 442-0100
Telefax: (315) 442-0106
E-mail: emailroom@gilbertilaw.com
Writer's Direct E-mail: lad@gilbertilaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

March 19, 2008

*Via Facsimile Only (212) 805-7906*
Hon. Denny Chin, Justice
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

    Re:    *Howard K. Stern v. Rita Cosby, USA, Inc. d/b/a Grand Central Publishing et al.*
            Civ. Action No. 07 CIV 8536

Your Honor:

    I write on behalf of Plaintiff to request an extension of time for completion of all discovery. This lawsuit was commenced by the filing of the summons and complaint on October 2, 2007. There is no scheduling order, but the Court directed that all discovery be completed by and that the parties appear at a conference on April 18, 2008.

    Expedited discovery began in November 2007, and regular discovery began soon thereafter. The parties have diligently pursued, and are currently pursuing discovery both from each other, and from a number of third parties who are located in Florida, California and the Bahamas. While the parties have worked diligently and cooperatively to complete discovery within the original six month originally allotted by the Court, the parties have determined that they will be unable to complete discovery by the current April 18, 2008 deadline. The parties have, therefore, agreed to an extension of time to complete discovery to August 15, 2008. This is the first request for extension of the discovery deadline.

---

885 Third Avenue ~ Suite 2730 ~ New York, New York 10022-4834 ~ Telephone: (212) 588-8868 ~ Telefax: (212) 588-8894
111 Washington Avenue ~ Suite 600 ~ Albany, New York 12210 ~ Telephone: (518) 476-2001 ~ Telefax: (518) 476-9646
11 State Street ~ Pittsford, New York 14534 ~ Telephone: (585) 899-6030 ~ Telefax: (585) 383-6357

Gilberti Stinziano Heintz & Smith, P.C.
SYRACUSE, NEW YORK 13202-2159

Hon. Denny Chin, Justice
United States District Court
Southern District of New York
March 19, 2008
Page 2

In light of the foregoing, upon consent of Defendants, Plaintiff respectfully requests an extension of time to complete discovery and adjournment of the pre-trial conference from April 18, 2008 to a time and date to be set by the Court.

Respectfully submitted,

GILBERTI STINZIANO HEINTZ & SMITH, P.C.

*[signature]*
Lisa DiPoala Haber

LDH/smb2
cc: Elizabeth A. McNamara, Esq.
    Douglass B. Maynard, Esq.
    L. Lin Wood, Esq.
    J. Patton, Esq.

P:\ENV\POW208\49937\Letter\Justice Chin-ldh-004.doc

*[Handwritten note:]*
Granted.
All discovery, fact + expert, shall be complete by 8/15/08. The PTC is adjourned to 8/15/08 at noon.
SO ORDERED.
*[signature]*
USDJ
3/20/08