UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

HOWARD K. STERN,                          :

            Plaintiff,          :

   - against -                         :        **ORDER**

RITA COSBY, HACHETTE BOOK GROUP           :        07 Civ. 8536 (DC)
USA, INC. d/b/a Grand Central
Publishing, and JOHN OR JANE DOE,         :

            Defendants.         :

- - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       The Court received a letter from counsel for defendant Hachette Brook Group USA, Inc. ("HBG") dated June 4, 2008, requesting an informal conference regarding a subpoena served by HBG on CBS Corporation on or about March 14, 2008. CBS Corporation is directed to respond to the issues raised in HBG's letter by letter to the Court by June 20, 2008.

       SO ORDERED.

Dated:   New York, New York
        June 13, 2008

                                        DENNY CHIN
                                        United States District Judge