USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

HOWARD K. STERN,                          :

           Plaintiff,           :

   - against -                           :        **ORDER**

RITA COSBY, HACHETTE BOOK GROUP           :        07 Civ. 8536 (DC)
USA, INC. d/b/a Grand Central
Publishing, and JOHN OR JANE DOE,         :

           Defendants.          :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        The Court received a letter from plaintiff's counsel dated June 9, 2008, requesting permission, as is required by my order of December 13, 2007, to utilize certain excerpts from Rita Cosby's deposition for the purpose of responding to two motions filed in a related case in the United States District Court for the Southern District of Florida.

        Permission is granted, but the depositions must be excerpted or paraphrased, and, absent consent from defendants in this case, the excerpts or paraphrases must be filed under seal.

        SO ORDERED.

Dated:   New York, New York
       June 17, 2008

                                           _____
                                           DENNY CHIN
                                           United States District Judge