# MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

HOWARD K. STERN,

    Plaintiff,

vs.

RITA COSBY and
HACHETTE BOOK GROUP USA, INC.
d/b/a Grand Central Publishing, and
JOHN or JANE DOE,

    Defendants.

**ORDER FOR ADMISSION**
*PRO HAC VICE* **ON**
**WRITTEN MOTION**

Case No. 07-CIV-8536-DC

UPON the motion of Lisa DiPoala Haber, Esq. of Gilberti Stinziano Heintz & Smith, P.C., local counsel for Plaintiff Howard K. Stern, said sponsor attorney's affidavit in support, and the Affidavit of L. Lin Wood, Esq., sworn to May 28, 2008, as lead counsel for Plaintiff;

**IT IS HEREBY ORDERED** that

    M. Krista Barth
    Law Office of Eric M. Sauerberg, PA
    200 Village Square, Suite 102
    Palm Beach Gardens, FL 33401
    561.776.0330 – Tel
    561.776.0302 – Fax

is admitted to practice *pro hac vice* as counsel for Plaintiff Howard K. Stern in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 17, 2008
      New York, New York

                                                             United States District/Magistrate Judge